```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Manuel Antonio Mercado
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>Manuel Antonio Mercado,<br><br>            Defendant.<br>_____ | No. CR-S-06-0064 GGH<br><br>ORDER SEALING RECORD |

On August 4, 2006, the Court received Defendant's Declaration. This declaration contains personal information.

IT IS HEREBY ORDERED that the Clerk of the Court shall file the document under seal and serve it on the parties.

Dated: 9/6/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States District Court

mercado.seal